IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY DALE RUSSELL, AIS #112117, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 1:20-cv-637-ECM |
| | ) |
| SGT. BLUE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On August 14, 2023, the Magistrate Judge entered a Recommendation (doc. 32) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 32) is ADOPTED;

2. The Defendants' Answer and Special Report (doc. 10) is construed as a motion for summary judgment, and the motion for summary judgment (doc. 10) is GRANTED as follows:

   a. Judgment is entered against the Plaintiff and in favor of the Defendants on the federal claims;

   b. The Court declines to exercise supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367, and the state law claims are DISMISSED without prejudice;

3. This case is DISMISSED.

A separate Final Judgment will be entered.

DONE this 13th day of September, 2023.

             /s/ Emily C. Marks
             EMILY C. MARKS
             CHIEF UNITED STATES DISTRICT JUDGE